UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 10-53386 |
| | : | |
| GREG SHOOK | : | Chapter 7 |
| ANNIE M. SHOOK, | : | |
| | : | |
| Debtor(s). | : | Judge Preston |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

TO THE CLERK OF COURT:

The attached check in the amount of $3.80 represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| GE Money Bank<br>C/O Recovery Management Systems Corp.<br>25 SE 2nd Ave., #1120<br>Miami, FL 33131-1605 | #4 | $3.80 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $ 3.80 | $ 0.00 |

Dated: June 29, 2011                               /s/   Myron N. Terlecky
                                                   Myron N. Terlecky, Trustee